# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

                Plaintiff,

v.

                                      **Criminal No.** 11-cr-25  ECT

ROBERT ELLIS HASTINGS JR.,

                Defendant,

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

           (x )Ad Prosequendum         ( )Ad Testificandum

Name of Detainee:  Robert Ellis Hastings, Jr.

Detained at (custodian):   Washington County Jail

The government is requesting the U.S. MARSHALS to transport detainee.

Detainee is:   a.)    (x) charged in this district by:  Supervised Release Violation

                          Charging Detainee With:  Commission of a new criminal offense

    or      b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)    (x) return to the custody of detaining facility upon termination of this proceeding

    or      b.)    ( ) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on March 25, 2026 at 1:00 p.m. in the courtroom of The Honorable Eric T. Tostrud.

Dated: February 25, 2026                    *s/Katharine T. Buzicky*

                                       KATHARINE T. BUZICKY, AUSA

## WRIT OF HABEAS CORPUS

           (x )Ad Prosequendum         ( )Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

February 25, 2026                         s/John F. Docherty

Date                                    THE HONORABLE JOHN F. DOCHERTY

                                        UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | |
|---|---|---|
| A.K.A.(s) (if applicable): | | Gender:  M |
| Booking or Fed. Reg.#: | 2511081 | DOB: |
| Facility Address: | 15015 62nd St. N. | Race: |
| | Stillwater, MN 55082 | FBI #: |
| Facility Phone: | 651-430-7900 | |
| Currently Incarcerated For: | | |

**RETURN OF SERVICE**

Executed on _____ by _____ _____

                                                          (Signature)